# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

NAOMI CARTER,                                                          CASE NO.: 1:22-cv-22205

      Plaintiff,

v.

EMPIRE HEALTH CONSULTANTS, LLC.,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Naomi Carter, and Defendant Empire Health Consultants, LLC, hereby notify the Court that the parties have reached a resolution in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

      Dated: October 7, 2022

                                  Respectfully submitted,

                              By:   */s/ Avi Kaufman*
                                        **AVI R. KAUFMAN**
                                        Fla. Bar No. 843822
                                        Email: KAUFMAN@KAUFMAN.COM
                                        **KAUFMAN P.A.**
                                        237 Dixie Hwy, 4th Floor
                                        Coral Gables, FL 33133
                                        Tel: (305) 469-5881
                                        *Attorneys for Plaintiff*

                                  By:_____
                                   **JAMIE RYSCIK, Pro Se**
                                   **EMPIRE HEALTH CONSULTANTS, LLC**
                                   8100 Oak Ln, Suite 202

Miami Lakes, FL 33016
Tel: ___954 494 3799_____

*Authorized Signer for Defendant, Empire Health Consultants, LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NAOMI CARTER,

      22205

      Plaintiff,

CASE NO.: 1:12-cv-

EMPIRE HEALTH CONSULTANTS, LLC.,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Naomi Carter, and Defendant Empire Health Consultants, LLC, hereby notify the Court that the parties have reached a resolution in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: October 6, 2022

Respectfully submitted,

By: _/s/ Avi Kaufman_
**AVI R. KAUFMAN**
Fla. Bar No. 843822
Email: KAUFMAN@KAUFMAN.COM
**KAUFMAN P.A.**
237 Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Tel: (305) 469-5881
_Attorneys for Plaintiff_

By: _____  JAMIE Ryscik
**JAMIE RYSCIK, Pro Se**
**EMPIRE HEALTH CONSULTANTS, LLC**
8100 Oak Ln, Suite 202
Miami Lakes, FL 33016
Tel: ___954 494 3799_____

_Authorized Signer for Defendant, Empire Health Consultants, LLC_

Page 1 of 2