## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

NAOMI CARTER,                                                       CASE NO.: 1:22-cv-22205

      Plaintiff,

v.

EMPIRE HEALTH CONSULTANTS, LLC.,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Naomi Carter, hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: October 17, 2022

                                                Respectfully submitted,

                                          By:   */s/ Avi Kaufman*
                                                     **AVI R. KAUFMAN**
                                                     Fla. Bar No. 843822
                                                     Email: KAUFMAN@KAUFMAN.COM
                                                     **KAUFMAN P.A.**
                                                     237 Dixie Hwy, 4th Floor
                                                     Coral Gables, FL 33133
                                                     Tel: (305) 469-5881
                                                     *Attorneys for Plaintiff*